UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against –<br><br>BRADLEY PIERRE, MARVIN MOY, M.D., RUTLAND MEDICAL P.C., WILLIAM A. WEINER, D.O., NEXRAY MEDICAL IMAGING, P.C. d/b/a SOUL RADIOLOGY MEDICAL IMAGING and JOHN DOES 1-15,<br><br>Defendants. | Case No. 1:24-cv-00360 |

**PLEASE TAKE NOTICE** that Francis J. Serbaroli of Greenberg Traurig, LLP, with offices located at One Vanderbilt Avenue in New York, New York 10017, hereby appears on behalf of American Transit Insurance Company in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated:  January 18, 2024

By: */s/ Francis J. Serbaroli*
Francis J. Serbaroli
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York 10017
Tel:        (212) 801-9200
Fax:       (212) 801-6400
Email:    serbarolif@gtlaw.com

*Attorneys for American Transit Insurance Company*