**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------------------X

AMERICAN TRANSIT INSURANCE COMPANY,                    Index No.

                     Plaintiff,                    24-CV-0360
                                                           (RPK) (CLP)
    -against-

BRADLEY PIERRE, *et al.*,                               **NOTICE OF**
                                                                     **APPEARANCE**
                     Defendants.
----------------------------------------------------------------------------------X

     PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for Plaintiff and requests that copies of all pleadings and papers hereafter served or filed herein be served upon the undersigned.

Dated:  January 24, 2024
          New York, New York

                                                  **SHORT & BILLY, P.C.**

                              By:    /s/ Ioanna Zevgaras
                                              Ioanna Zevgaras
                                              217 Broadway, Suite 300
                                              New York, New York 10007
                                              Tel: (212) 732-3320
                                              Email: sshort@shortandbilly.com

                                              *Attorneys for Plaintiff*
                                              *American Transit Ins. Co.*