UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against –<br><br>BRADLEY PIERRE, MARVIN MOY, M.D., RUTLAND MEDICAL P.C., WILLIAM A. WEINER, D.O., NEXRAY MEDICAL IMAGING, P.C. d/b/a SOUL RADIOLOGY MEDICAL IMAGING and JOHN DOES 1-15,<br><br>Defendants. | 1:24-cv-00360-RPK-CLP |

## NOTICE OF MOTION FOR ALTERNATIVE SERVICE

PLEASE TAKE NOTICE that Plaintiff American Transit Insurance Company, by and through its undersigned counsel, will move this Court, before the Honorable Rachel P. Kovner, at the United States District Court for the New York Eastern District, 225 Cadman Plaza East, Brooklyn, NY 11201, at a time and date to be determined by the Court for an order (1) permitting alternative service of the Summons, Complaint, and all other papers in this matter on Defendant Marvin Moy, M.D. through his criminal defense counsel by regular mail and electronic mail and (2) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Plaintiff American Transit Insurance Company will rely on this Notice of Motion, the accompanying Memorandum of Law, the Declaration of James W. Perkins in Support of Plaintiff's Motion for Alternative Service, dated February 16, 2024, the exhibits attached thereto, and all prior pleadings, papers and proceedings in support of this Motion.

Dated: New York, New York
February 16, 2024

                GREENBERG TRAURIG, LLP

By: /s/ *James W. Perkins*
    James W. Perkins
    Lizzie Sullivan
    Noah Lindenfeld
    One Vanderbilt Avenue
    New York, New York 10017
    (212) 801-9200
    perkinsj@gtlaw.com
    sullivanel@gtlaw.com
    noah.lindenfeld@gtlaw.com

SHORT & BILLY, P.C.

Skip Short
Ioanna Zevgaras
217 Broadway Suite 300
New York, New York 10007
(212) 732-3320
sshort@shortandbilly.com
ioanna@shortandbilly.com

*Attorneys for American Transit Insurance Company*