UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br>PIERRE et al<br><br><br><br>Defendants. | Civil Action No. 24-cv-0360 |

**NOTICE OF CHANGE OF CONTACT INFORMATION**

TO: Clerk's Office & All Other Parties

Pursuant to Local Rule 1.3of this Court, please take notice of the following attorney information change(s) for:

Attorney Name: Ioanna O. Zevgaras

My Federal Court Bar Number is: SB7923_____

My State Court Bar Number is: 4229472_____

I am an attorney representing the (plaintiff(s)), American Transit Insurance Company, and my firm's name, and contact information has changed as follows:

**OLD FIRM:**

Firm Name: Short & Billy, P.C.

Firm Address: 217 Broadway, Suite 300, New York, NY 10007

Firm Telephone Number: (212)732-3320

Firm Fax Number: (212)732-3326

Firm E-mail Address: ioanna@shortandbilly.com

**NEW FIRM:**

Firm Name: Short & Billy, P.C

Firm Address: 15 Maiden Lane, Suite 1100, New York, NY 10038

Firm Telephone Number: (212)732-3320

Firm Fax Number: (212)732-3326

Firm E-mail Address: ioanna@shortandbilly.com

Please be advised that I will continue to be counsel of record on the above-captioned case at my new firm.

Dated: November 20, 2024

*Ioanna Zevgaras*
Ioanna O. Zevgaras

Short & Billy, P.C.
15 Maiden Lane, Suite 1100
New York, NY 10038
Phone: (212)-732-3320
Fax:    (212)-732-3326
E-Mail: ioanna@shortandbilly.com
Attorney for:
    American Transit Insurance Company

**CERTIFICATE OF SERVICE**

I, Ioanna O. Zevgaras, hereby certify that on, November 20, 2024, I served copies of the subject Notice of Change of Contact Information to all counsel/parties of record via ECF.

Dated: November 20, 2024

_____
Ioanna O. Zevgaras
Short & Billy, P.C.
15 Maiden Lane, Suite 1100
New York, NY 10038
Phone: (212)732-3320
Fax:    (212)732-3326
E-Mail: ioanna@shortandbilly.com
Attorney for:
    American Transit Insurance Company