**Law Office Of**
**CARY SCOTT GOLDINGER P.C.**
400 Garden City Plaza, Suite 420
Garden City, New York 11530
(516) 227-3344  Fax (516) 227-3351
www.goldinger.com

**CARY SCOTT GOLDINGER**                                                                                     csg@goldinger.com
_____

December 16, 2024

**<u>*VIA* ECF (w/o enclosures) & email (w/ enclosures)</u>**
perkinsj@gtlaw.com
serbarolif@gtlaw.com
gina.faldetta@gtlaw.com
ioanna.zevgaras@shortandbilly.com
molluzzoj@gtlaw.com
richardk@shortandbilly.com
skip.short@shortandbilly.com
Greenberg Traurig
900 Stewart Avenue
Garden City, NY 11530

    Re: <u>American Transit Insurance Company v. Pierre et al.</u>
       <u>Civil Case No.: 1:24-cv-00360-RPK-CLP</u>

Dear Mr. Perkins:

  As you are aware, we represent Defendant, Bradley Pierre in the above-referenced action. Pursuant to Judge Kovner's Individual Practice Rule IV(B)(3)(a), enclosed please find the following documents in support of Mr. Pierre's Opposition to Plaintiff's Motion for a Writ of Prejudgment Attachment:

- Memorandum of Law in Opposition to Plaintiff's Motion for Writ of Prejudgment Attachment;

- Declaration of Cary Scott Goldinger, Esq. in Support of Opposition to Plaintiff's Motion for Writ of Prejudgment Attachment and the following exhibits thereto:

    Exhibit A – MRC/Rutland Financing Agreement

    Exhibit B – MRC/Nexray Financing Agreement

    Exhibit C – Judge Rademaker Decision & Order

        Exhibit D-UCC-1 filed against Rutland/Moy

        Exhibit E –UCC-1 filed against Nexray/Weiner

In accordance with the above-referenced Individual Practices and Rules, a copy of this letter is being filed on ECF, but the foregoing documents will not be filed with the Court until the motion is fully briefed.

                                              Very truly yours,
                                              Law Office of Cary Scott Goldinger, P.C.

                                        By:    */s/Cary Scott Goldinger*
                                                      Cary Scott Goldinger, Esq.

cc:      Hon. Rachel P. Kovner (via ECF, w/out enclosures)
          Hon. Cheryl L. Pollak (via ECF, w/out enclosures)
          All Counsel of record via ECF (w/out enclosures)
          Adam Dressler, Esq. (attorney for defendant in default Bradley Pierre; courtesy copy w/encl. via email adressler@dresslerfirm.com)
          Mattew Conroy, Esq. (attorney for defendant Nexray/Weiner; courtesy copy w/encl. via email MJC@schlawpc.com)