# EXHIBIT C

# EXHIBIT C

# EXPERT REPORT OF DR. BRYAN PUKENAS

I am an Associate Professor of Radiology and Neurosurgery at the University of Pennsylvania. I am a board-certified radiologist with a certificate of added qualification in Diagnostic Neuroradiology. In addition, I hold a CAST accreditation in CNS Endovascular Surgery. I am also Co-Director of the Neurointerventional Endovascular Fellowship at the University of Pennsylvania. My daily clinical practice consists of performing minimally invasive procedures of the brain and spine, as well as image interpretation, including but not limited to brain and spine Magnetic Resonance Imaging (MRI) examinations. I also teach residents and fellows in both didactic and one-on-one sessions. I have lectured and published academic works on a wide range of subjects about radiology and the practice of radiology both in the United States and internationally. My training and experience offer a unique insight as both a diagnostic radiologist interpreting MRI examinations and as a clinician treating patients with lumbar and cervical spine pain. As part of my work, I conduct peer reviews of other radiologists' work in both an academic and clinical setting. I have provided opinions on radiological practice in numerous cases and have been engaged by both plaintiffs and defendants. Pursuant to Fed. R. Crim. P. 16(b), my CV is attached as **Exhibit A** and a list of cases in which I have testified as an expert at trial or by deposition in the past four years is attached as **Exhibit B**.

I was asked by counsel for the Defendant, Dr. William Weiner, to offer opinions on standards and practices in radiology. I was also asked to examine independently each of the radiological examinations and reports that Dr. Weiner conducted of the persons identified in the Report and Supplemental Report of Dr. Scott S. Coyne, and to assess independently Dr. Coyne's evaluations of Dr. Weiner's reports (including his methodology). Finally, I was asked to offer my opinion as to whether Dr. Weiner's work in these cases was consistent with the standard of care for a radiologist.

## Key Findings

As requested, I reviewed the original MRIs and Dr. Weiner's interpretive reports for the patients included in Dr. Coyne's review,[1] as well as Dr. Coyne's Report and Supplemental Report. Unlike Dr. Coyne, I also considered the clinical information available to Dr. Weiner at the time he conducted the initial reads for these patients.

I found Dr. Weiner's reports in these cases to be within the standard of care for radiologists. Further, in my review of Dr. Weiner's reports, I did not see evidence of a pattern of overreporting or exaggerating findings.[2]

---

[1] I was unable to obtain readable images for the following patients reviewed in Dr. Coyne's Report: D.D.; S.J.; Z.J.; M.K. For these patients I reviewed Dr. Coyne's reported findings. The absence of these images does not change the substance of my opinions in this case.

[2] As I explain further below, academic studies show that radiologists often disagree regarding particular findings when reading MRIs (and that radiologists often disagree with themselves when reading the same scan at different times). Here, although I disagreed with some of Dr. Weiner's findings, our level of disagreement was consistent with that which is reported in the literature and in line with my own experience as a practitioner. Further, to the extent that I

Different radiologists often interpret the same scan in different ways. A particular image may have multiple different characteristics that can be interpreted as "findings" of greater or lesser medical significance. As a matter of general practice, radiologists should report both major and minor findings in their reports in order to provide treating physicians with as much information as possible. That said, there are still variations in terms of how sensitive and specific a radiologist will be when detecting and describing findings that should be included in a report. That variation is evident in comparing Dr. Coyne's reads to Dr. Weiner's. My overall assessment of their work is that they have differing sensitivity to reporting certain findings in addition to different styles of reporting those findings.

In my opinion, Dr. Weiner's practice of describing findings is consistent with the standard of care. In addition, the records provided to me reflect that he had access to clinical data when reviewing the scans. As discussed below, studies show that when radiologists have clinical data available to them when interpreting imaging, their overall rate of sensitivity to findings increases. Based on my review of the data, Dr. Weiner's reads are consistent with ordinary radiological practice, even though I do not agree with all of his findings.

Dr. Weiner's use of clinical data appears to have resulted in more appropriate diagnoses in certain instances. For example, in one case of a 16-year-old girl reporting lower back pain, N.B., Dr. Weiner's use of clinical data likely led him to find and report an issue that both Dr. Coyne and another radiologist in Dr. Weiner's office missed. In my opinion, this was an excellent read. It should be noted, however, that even though Dr. Weiner made an impressive finding in this instance, he actually also *underreported* the findings present in the scan. My review of the scan also detected an asymmetry in the psoas muscles surrounding the spine. In the scan, the left psoas muscle is oval-like in appearance whereas the right psoas muscle has a more rounded appearance. The rounded configuration of the psoas muscle can occur when the muscle is contracted, or flexed, and can occur when there is irritation and/or spasm from an injury. The additional finding of the right psoas muscle spasm supports the findings identified by Dr. Weiner.

In contrast to Dr. Weiner's use of clinical data, Dr. Coyne stated in his report that he did not review or consider clinical information on the patients whose images were presented to him for his review. Clinical information on a patient's condition is an important part of interpreting diagnostic images in radiology. It is my experience, supported by the literature in the field of radiology, that consideration of patient clinical data prior to interpreting an image leads to better

---

disagreed with Dr. Weiner, it was because, in nearly equal numbers, Dr. Weiner: (i) made findings that I would not have reported; or (ii) failed to make findings that I would have reported (for example, Dr. Weiner consistently failed to report findings suggesting degeneration relating to the facet joint—a set of conditions that could cause pain, particularly if aggravated by trauma). Similarly, I disagreed with Dr. Coyne's findings both because he made findings that I would not have reported and because he failed to make findings that I would have. I should note that, in some instances, Drs. Weiner and Coyne both failed to identify findings that I would have made, such as in the case of patient E.H., who has a transitional lumbosacral vertebral segment on the left, a finding that can cause significant pain (Bertolotti syndrome), particularly after trauma. The following link describes this scenario: https://www.summitbrainandspine.com/emy-story. Finally, I noted that Dr. Coyne's findings were inconsistent across the cases that he read more than once.

interpretations which, in turn, leads to more accurate diagnoses for patients. It is more likely that a physician will miss or underreport key findings when the patient's clinical history is not provided. Dr. Coyne's failure to report findings in certain cases might have prevented treatment for conditions that can cause significant pain to patients. In the case of the 16-year-old patient, N.B., with a herniated disc, Dr. Coyne appears to have relied on his general assessment that "a herniated disc is an extremely rare finding in a 16-year-old patient." That is true, but herniated discs do occur in this patient population, and this patient does appear to have one. Dr. Coyne would have been more likely to catch that had he considered the patient's clinical history.[3]

Dr. Coyne and Dr. Weiner have different reporting styles, including as it relates to causation or etiology. Dr. Coyne notes that certain findings were caused by pre-existing conditions or age-related degeneration (as opposed to trauma from an accident).[4] In my practice, I typically report only the anatomical findings and avoid commenting on the etiology of findings that appear in a diagnostic scan. Likewise, as a treating physician, I prefer reports that include only anatomical findings and omit opinions regarding causation. Without understanding the clinical history and circumstances, it would be difficult for a radiologist to evaluate whether an imaging finding (traumatic, degenerative, or otherwise) is the etiology of a patient's pain. As discussed above, a pre-existing injury might be exacerbated by a traumatic event. By contrast, Dr. Weiner's reports do not comment on the etiology of his findings, which, as described above, is consistent with my practice.

The stylistic reporting differences between Dr. Weiner and Dr. Coyne is evident for patient "W.J." Dr. Weiner correctly found a syrinx (a type of spinal cyst) in the scan. Dr. Weiner's report states: "A posttraumatic syrinx is not excluded. Follow-up until resolution." From the notes, it appears that Dr. Weiner is not rendering a conclusion as to the cause of an injury; rather a post-traumatic syrinx is included in the differential diagnosis for this finding, but he is not categorically excluding trauma as a cause. Dr. Coyne, on the other hand, does render a conclusion as to the cause of the injury. Dr. Coyne admits that he neither has the patient's clinical data, nor does he "have the date of the accident," but still concludes that the syrinx "is most probably a chronic finding and is not acutely traumatic from a recent accident."

Dr. Coyne's description of the etiology of injury sometimes has the effect of minimizing findings that may be of clinical significance.[5] For example, for patient T.H., I disagree with Dr. Coyne's description of the spinal cord as "normal" in signal and caliber. The patient's spinal cord is not normal in caliber. In addition, because there are Modic degenerative changes, the bone marrow, by definition, is not normal in signal. In another patient, D.N., Dr. Coyne ascribes chronicity to the findings, which, in my opinion, is impossible to determine on the basis of the image.

---

[3] In the case of Patient S.Z., without any clinical history aside from what is provided in the radiology report, Dr. Coyne speculates that straightening of cervical lordosis "may be positional and not from spasm." Straightening of cervical lordosis may be secondary to pain, spasm, or positioning. There is no way to categorically deny any of these possibilities without the patient's clinical history.

[4] *E.g.*, S.Z., E.H.

[5] *E.g.*, S.Z., D.N. (51 y/o), H.S., T.H., V.R.

Furthermore, I disagree with Dr. Coyne's characterization of certain findings. For example, Dr. Coyne makes a finding of various degrees of "annular bulging," which he describes as "developmentally normal" in his findings for multiple patients.[6] "Developmentally normal" disc bulging never occurs.

In other instances, Dr. Coyne criticizes Dr. Weiner for his use of certain terminology that has the same meaning as the term Dr. Coyne prefers. For example, for patient V.R., Dr. Coyne states that Dr. Weiner's read that the scan shows an "annular tear" is incorrect and states that there is an "annular fissure" present instead. This is semantics. A tear and a fissure describe the same condition. Annular Disc Tear. Steven Tenny; Christopher C. Gillis. Treasure Island (FL): StatPearls Publishing; 2023 Jan.[7]

In rendering both conclusory determinations about cause and in failing to consider patient clinical information, it is my opinion that Dr. Coyne's methodology is inappropriate. If used in a clinical setting, Dr. Coyne's approach would likely lead to reports that are more confusing and less useful for patients and treating physicians.

## Standards and Practices in Radiology

A radiologist is a medical doctor who uses imaging (X-ray, CT, MRI, etc.) to "look inside the body" and diagnose disease. Radiologists are often referred to as "doctors' doctors"; by using imaging, they help other physicians detect and confirm clinical suspicions or suspected diagnosis. This is called clinical correlation – correlating imaging findings to support or refute a suspected diagnosis. One of the most powerful tools in the imaging armamentarium of radiologists is Magnetic Resonance Imaging (MRI). MRI can non-invasively look inside the body and differentiate bodily structures in a unique way, such as showing the spinal nerves, disks, and degenerative changes in a lumbar spine. Correctly interpreting MRI examinations takes years of training.

Even experienced radiologists can and do have differing opinions when it comes to interpreting MRI examinations. For example, one study found that, when interpreting cervical spine MRIs, absolute inter-rater agreement can range from 54.6% to 95%. *The Spine Journal* 16 (2016) 42-48. In layman's terms, this means that when different radiologists interpret the same MRI scan, their findings can differ up to 54.6% of the time. In another study, in which 10 different radiologists read MRIs from the same patient, researchers found high levels of variability and high rates of interpretive errors in the reported interpretive findings. *The Spine Journal* 17 (2017) 554-561. "The fact that no interpretive finding was reported unanimously by the radiologist at all centres and that one-third of all reported findings only appeared once across all 10 study examination reports indicates that there is at best significant difference in the standards employed by radiologists…and at worst significant prevalence of interpretive errors."

---

[6] *E.g.*, S.Z., S.M. (27 y/o), C.C., R.I.

[7] Relatedly, in several instances, Dr. Weiner reported a disc "herniation" where I would have reported a disc "bulge." This difference may be the product of training. Historically, variable terms have been used to describe disk pathology, including herniation and bulging. More recently, there has been a movement towards using a standardized lexicon when describing disk pathology.

*https://spinalnewsinternational.com/alarmingly-high-number-of-interpretive-errors-and-inconsistencies-in-mri-examinations/*.

Errors, discrepancies and confounding biases are integral parts of the daily routine for radiologists and can cause various unexpected clinical consequences. It is obvious that radiological assessment of imaging examinations is a part of overall patient management that may be limited due to the diagnostic utility of the imaging technique and referral information. Therefore, radiological reports should not be expected always to be complete and correct or be regarded as the only tool to identify, confirm, or exclude the diagnosis [1, 3]. Onder, O., Yarasir, Y., Azizova, A. et al. Errors, discrepancies and underlying bias in radiology with case examples: a pictorial review. Insights Imaging 12, 51 (2021).

Once radiologists observe findings, they must communicate these findings in a formal report as part of the medical record. Compared with the systematic accumulation of medical facts that pertain to the practice of radiology, crafting a radiology report is a more artisanal, reflective, and creative process. The complex relationship among the patient, treatment team, and radiologist also contributes to patterns of problematic reporting. Radiologists frequently have to interpret an imaging study with limited clinical data and without the opportunity to personally assess the patient. Despite the ordering provider's expectation for the radiologist to deliver a clear answer to the clinical question, a definitive diagnosis may be out of reach because of inherent limitations of the modality, imaging findings that lack specificity, or even technical inadequacies of the study. Some radiologists may be tempted to cope with this uncertainty by simply restating findings, employing excessive qualifying language, shifting responsibility back to the ordering provider, or providing vague recommendations (**9,10**) RadioGraphics 2020; 40:1658–1670. It should be noted that terminology in radiological reporting is sometimes inconsistent and certain radiologists tend to favor certain terms over others (e.g., using the word "tear" over the word "fissure"). In today's world, where patients have almost immediate access to their medical record, radiologists are encouraged to utilize fewer technical terms in favor of more commonly used language that can be understood by patients.

Despite inherent variability in the structure and content of radiology reports, it has been shown that the addition of clinical information improves sensitivity of reporting, increasing from 38% to 84%, 67% to 73% and 38% to 52%. J Med Radiat Sci 68 (2021) 60–74.[8] Put differently,

---

[8]   The context in which a radiologist is reviewing an image may also influence results. For example, while use of clinical data in reading images is preferable, there is literature suggesting it can lead to "framing bias," which, for radiologists, "commonly results from the influence that the clinical history or reason for examination has on image interpretation." See Jason N. Itri and Sohil H. Patel, Heuristics and Cognitive Error in Medical Imaging, American Journal of Roentgenology (March 12, 2018), *https://ajronline.org/doi/10.2214/AJR.17.18907*. Framing bias may also help to explain some of the differences of opinion between me and Drs. Weiner and Coyne, respectively. Dr Weiner interpreted these MRIs in a clinical context where patients complained of pain following trauma. Dr. Coyne interpreted these MRIs after the fact, without clinical data, at the request of law-enforcement authorities.  I interpreted these MRIs after the fact, with the benefit of clinical data, at the request of defense counsel. These differing contexts

these statistics indicate that patient-specific clinical information allows a radiologist to make more accurate and clinically relevant diagnoses. The standard of care for reporting of findings is such that all clinically significant findings must be reported. Failure to report findings could result in denial of care to a patient in need. Usually, major findings are summarized in the "Impression" section of a report, but it is not uncommon for individual radiologists to include both major and minor findings in this same section of the report.

When a radiologist receives additional clinical information indicating that they may have missed certain findings, the normal course is to review the scan. Whether this review is performed by the original radiologist or a new radiologist is often a matter of practice preference for a specific doctor or institution. There is nothing *per se* unusual about a practitioner re-reading a scan and providing an addendum.

It is uncommon in my daily practice for radiologists to opine on the cause or severity of pain or injury. For example, I typically do not make assumptions in my reports indicating whether a particular finding was caused by a specific traumatic incident. These determinations are beyond the scope of a typical report – and for good reason. Radiologists rarely have access to the type of information – even if they are relying upon clinical data – to determine whether an injury was caused or exacerbated by a specific event or even if the imaging findings existed prior to the event precipitating the scan.

Date: December 22, 2023

Bryan Pukenas, M.D.

*Attachments:* **Exhibit A –** *Curriculum Vitae*; **Exhibit B –** List of Testimony

---

are important because the literature suggests that radiologists have a tendency to be influenced by how a question is asked or how a problem is presented. *Id.*

# Exhibit A

UNIVERSITY OF PENNSYLVANIA - PERELMAN SCHOOL OF MEDICINE
Curriculum Vitae

Date: 01/12/2023

Bryan A. Pukenas, MD

Address:                    Hospital of the University of Pennsylvania
                            3400 Spruce Street, 219 Dulles
                            Philadelphia, PA 19104 USA

If you are not a U.S. citizen or holder of a permanent visa, please indicate the type of visa you have:
                            none (U.S. citizen)

Education:

| | | |
|---|---|---|
| 1999 | BA | West Virginia University (Biology) |
| 2003 | MD | West Virginia University School of Medicine (Medicine) |

Postgraduate Training and Fellowship Appointments:

| | |
|---|---|
| 2003-2004 | Resident in Internal Medicine, Thomas Jefferson University Hospital |
| 2004-2008 | Resident in Diagnostic Radiology, Hospital of the University of Pennsylvania |
| 2008-2009 | Fellow in Diagnostic Neuroradiology, Hospital of the University of Pennsylvania |
| 2009-2010 | Fellow in Interventional Neuroradiology, Hospital of the University of Pennsylvania |
| 2010 | Visiting Fellow in Interventional Neuroradiology, Johns Hopkins University |

Military Service:
                            [none]

Faculty Appointments:

| | |
|---|---|
| 2009-2010 | Instructor A, Hospital of the University of Pennsylvania, School of Medicine, Department of Radiology |
| 2011-2021 | Assistant Professor of Neurosurgery, University of Pennsylvania School of Medicine (Secondary) |
| 2011-2021 | Assistant Professor of Radiology at the Hospital of the University of Pennsylvania, University of Pennsylvania School of Medicine |
| 2021-present | Associate Professor of Radiology at the Hospital of the University of Pennsylvania, University of Pennsylvania School of Medicine |
| 2021-present | Associate Professor of Neurosurgery, University of Pennsylvania School of Medicine (Secondary) |

Hospital and/or Administrative Appointments:

| | |
|---|---|
| 2009-present | Attending, Hospital of the University Pennsylvania |
| 2009-present | Active, Penn Presbyterian Medical Center |
| 2010-present | Active, Pennsylvania Hospital |
| 2012-present | Associate, Children's Hospital of Philadelphia |
| 2020-present | Attending, Virtua Health |
| 2022-present | Fellowship Co-Director, Endovascular Neurosurgery Program, University of Pennsylvania |

Other Appointments:
            [none]

Specialty Certification:

| | |
|---|---|
| 2008 | American Board of Radiology |
| 2014 | American Board of Radiology, Certificate of Added Qualification, Neuroradiology |
| 2019 | The Society of Neurological Surgeons Committee on Advanced Subspecialty Training, Neuro Endovascular Surgery |

Licensure:

| | |
|---|---|
| 2009-Present | New Jersey State Medical Board |
| 2010-Present | Pennsylvania State Medical Board |
| 2010-Present | Federal DEA - Pennsylvania |
| 2011 | Delaware State Medical Board |
| 2020-Present | Federal DEA - New Jersey |

Awards, Honors and Membership in Honorary Societies:

| | |
|---|---|
| 2002 | Alpha Omega Alpha |
| 2011 | Philips Academic Faculty Development Program, Association of University Radiologists |
| 2021 | Neuroradiology Fellow Research/Innovation Award; Mentored Dr. Kofi-Bauku Atsina - Transforaminal approach for intra-thecal drug administration |

Memberships in Professional and Scientific Societies and Other Professional Activities:
      International:

| | |
|---|---|
| 2012-Present | Radiological Society of North America (Educational Exhibits Committee (2019)) |
| 2012-Present | Society of Neurointerventional Surgery (Senior Member) |

      National:

| | |
|---|---|
| 2004-Present | Radiological Society of North America |
| 2008-2016 | American College of Radiology |
| 2009-Present | American Society of Neuroradiology (Program Committee (2014-present), Research Committee (2013-present)) |

Bryan A. Pukenas, MD                                                    Page 3


2010-Present      American Society of Spine Radiology

2011-2013         Association of University Radiologists

2012-Present      Ivy League Big Ten Concussion Research Collaboration (Member)


Editorial Positions:
|            |                                                                    |
|------------|--------------------------------------------------------------------|
| 2010-present | Ad hoc peer reviewer, Neurosurgery |
| 2012-present | Ad hoc peer reviewer, Radiographics |
| 2013-present | Ad hoc peer reviewer, Journal of Neurology, Neurosurgery and Psychiatry |
| 2013-present | Ad hoc peer reviewer, Journal of Neuro Interventional Surgery |
| 2014-present | Ad hoc peer reviewer, PLOS ONE |
| 2014-present | Ad hoc peer reviewer, Academic Radiology |

Academic and Institutional Committees:
|              |                                                                   |
|--------------|-------------------------------------------------------------------|
| 2008-2010 | ER After Hours Committee, Member |
| 2012-2013 | Musculoskeletal Radiology Section Chief Committee, Member |
| 2012-2013 | Neuroradiology Section Chief Search Committee, Member |
| 2012-Present | Neuroradiology Case Conference Planning Committee, Member |
| 2013-2015 | UPHS Radiology Workshop, Invited member |
| 2016-Present | Radiology Quality Assurance Committee, Neuroradiology Representative |
| 2016 | Organizer/Proctor - RegenexBio Clinical Trial Summit Meeting Cadaver Lab - organized cadaver lab for CT guided suboccipital puncture training (integral portion of gene therapy program) |
| 2017 | Organizer/Proctor - Biogen SMA Clinical Trial Summit Meeting Cadaver Lab - organized cadaver lab for CT guided suboccipital puncture training (integral portion of gene therapy program) |
| 2018-2021 | Penn Radiology Faculty Wellness Committee |
| 2019 | Organizer/Proctor - Prevail Therapeutics Clinical Trial Summit Meeting Cadaver Lab - organized cadaver lab for CT guided suboccipital puncture training (integral portion of gene therapy program) |
| 2022-Present | Member, Neuroradiology Fellowship Program Evaluation Committee |

Major Academic and Clinical Teaching Responsibilities:
|              |                                                                   |
|--------------|-------------------------------------------------------------------|
| 2010 | Lecture - "Interventional Stroke Management", Department of Radiology Nursing Staff, HUP |
| 2010-Present | Grand Rounds -   HUP Department of Radiology - "An Interventionalist's Approach to Atherosclerosis" \| "Neurointerventional CT" \| "QI review" - Bi-Annual |
| 2010-2012 | Lecture - "Interventional Neuroradiology Understanding the |

|  | Diseases, Improving the Future", Wharton School of Business, Bi-Annual |
|---|---|
| 2010-Present | Neuroradiology Fellow Didactic Lecture Series - "Interventional Spine Techniques" \| "Neurovascular" \| "Spinal Interventions" \| "Vascular Emergencies" \| "Interventional Neuroradiology" \|"Radiation Safety in the IR Suite" \| "Update in Neuroradiology" \| "Burnout in Radiology" \| "Neuroradiology" \| "Carotid Interventions" \| "Spinal anatomy, and DJD" \| HUP - Three times/year |
| 2010-2016 | Penn CME Course - Neuroradiology Review - Medicine Rescue Services CME event for EMS responders "After the drop off - What happens to the acute stroke patient and why" - Montgomery County Fire Academy, Conshohocken, PA |
| 2010-2016 | Penn CME Course - Neuroradiology Review - "Normal Spine Anatomy" \| "Spine Anatomy and Degenerative Change" \| "An Endovascular View of Atherosclerosis from the Neck Up" \| "Spinal Interventions" \|"Acute Stroke Intervention" \| Philadelphia, PA - Bi Annual |
| 2010-Present | Multidisciplinary Case Reviews, HUP - Annual |
| 2011-Present | Multidisciplinary Resident Didactic Lecture Series - "Basic Neuroradiology" \| "Imaging and Treatment of Stroke" \| "Neurovascular" \| "Acute Emergency Cerebrovascular Imaging" \| "Neurointerventional" \| "Spine Anatomy and DJD" \| "Neuroradiology" \| "Normal Spine Anatomy DJD, and Trauma" \| "MRI for the Non-Radiologist" \| HUP - Six times a year |
| 2011-Present | Lecture - "Venous Anatomy: Normals, Variants, Pathology" \| "Stroke Imaging and Interventions" \| Neuroradiology Board Review Course \| HUP - Annual twice per year |
| 2012 | Lecture - "Introduction to Interventional Neuroradiology", Advanced Procedures course, University of Pennsylvania X-ray technologist school |
| 2013 | Lecture - "Interventional Neuroradiology", Advanced Radiologic Procedures Class, RT Education Program, HUP |
| 2014-2015 | Mentoring - Cheryl Liu, Penn Engineering Student \| Outcome: Summer research project involving novel biopsy needle design. Research for Regenxbio grant "Intra Cisterna Magna Administration Technique Investigator Training on Human Cadavers" (2016). |
| 2014 | Lecture - "Imaging of Concussion", Children's Hospital of Philadelphia Second Annual Diagnosis and Management of Concussion:Acute and Specialized Therapy Across the Spectrum, Philadelphia, PA |
| 2015 | Lecture - "Nursing care for Neurointerventional CT", Nurse In-Service, HUP Radiology |
| 2015-Present | Workshop - Office of Life Support Education (OLSE) R.E.A.D.(Radiologic Education, Assessment & Discussion) - "Imaging of Traumatic Brain Injury" \| "Emergency Head CT from a Radiologist's perspective" \| "Emergency Head CT case conference" \| |

|  |  |
|---|---|
|  | PPMC Trauma Center, Bi-Annual |
| 2016 | Grand Rounds - HUP Department of Neurosurgery - "Evidence-based Endovascular Stroke Therapy - Finally" |
| 2016-Present | Course Lecturer - Frontiers in Radiology - FRO521 "Introduction to Interventional Neuroradiology" | "Neurointerventional CT" | "Acute Stroke Interventions" | "Frontiers in Interventional Neuroradiology" | HUP - Annual |
| 2017 | Lecture - "Interventional Neuroradiology", 1st Annual Philadelphia IR Symposium |
| 2018 | Grand Rounds - Abramson Cancer Center - "State of the Art in Management of Spine Metastases" |
| 2018-2019 | Penn CME course - Diagnosis in the Neuraxis - "Practical Anatomy of the Spine and Spinal Cord" | "Spine Infections" - Philadelphia, PA - Annual |
| 2018 | Lecture - "A Novel Minimally Invasive Intrathecal Catheterization Approach for Cisterna Magna Access via Lumbar Puncture" | ULAR Training Division Laboratory Animal Surgical Seminar & Vendor Fair, HUP |
| 2019-Present | Workshop - SIGN - Student Interest Group in Neurology - Question/Answer lunch hour session, Annual |
| 2019-Present | Course Lecturer - Frontiers in Medical Sciences - Frontiers of Biomedical Entrepreneurship - "My experience inventing a medical device", HUP - Annual |
| 2021-Present | How to perform a suboccipital puncture non-human primate cadaver training session; June 21, 2021. |
| 2021 | UPenn Resident Lecture "Spine Anatomy" October 1, 2021 |

Lectures by Invitation (Last 5 years):

|  |  |
|---|---|
| May, 2018 | "Interventional Management of Stroke", Lancaster General Hospital Stroke Nursing Conference, Lancaster, PA |
| Jun, 2018 | "Radiology burn-out, how it affects the new generation of radiologists", American Society of Neuroradiology Annual Meeting, Vancouver, British Columbia, Canada |
| Mar, 2021 | "How to perform a suboccipital puncture - didactic and cadaver lab", L'institut de chirurgie guidée par l'image de Strasbourg (Institute of Image-Guided Surgery), Strasbourg, France |
| Mar, 2021 | "How to perform a suboccipital puncture" Saint Peter's University Hospital, New Brunswick, NJ, USA |
| Apr, 2021 | "How to perform a suboccipital puncture - didactic and head model lab", Royal Manchester Children's Hospital, Manchester, England (virtual presentation) |
| Jun, 2021 | "How to perform a suboccipital puncture - proctor for first in human gene therapy injection for GM1 gangliosidosis" Royal Manchester Children's Hospital, Manchester, United Kingdom |
| Sep, 2021 | "How to perform a modern day suboccipital puncture." Tel Aviv Medical Center, Tel Aviv, Israel. (virtual presentation) |

Bryan A. Pukenas, MD                                                                                   Page 6

| | | |
|---|---|---|
| Sep, 2021 | "How to perform a suboccipital puncture - Didactic and hands on training." Great Ormond Street Children's Hospital, London, England. |
| Sep, 2021 | "How to perform a suboccipital puncture - Didactic and hands on training." Queen Square Imaging Center, London, England. |
| Sep, 2021 | "How to perform a suboccipital puncture" UPMC Children's Hospital of Pittsburgh, Pittsburgh, PA, USA |
| Nov, 2021 | "How to perform a suboccipital puncture - didactic and cadaver lab", L'institut de chirurgie guidée par l'image de Strasbourg (Institute of Image-Guided Surgery), Strasbourg, France |
| Nov, 2021 | "How to perform a suboccipital puncture - didactic and cadaver lab", L'institut de chirurgie guidée par l'image de Strasbourg (Institute of Image-Guided Surgery), Strasbourg, France (two separate lectures in November) |
| May, 2022 | "How to perform a suboccipital puncture - didactic and cadaver lab", L'institut de chirurgie guidée par l'image de Strasbourg (Institute of Image-Guided Surgery), Strasbourg, France |
| Sep, 2022 | "What's old is new, the suboccipital puncture for gene therapy" Society for Pediatric Interventional Radiology, 10th International Meeting; Galway, Ireland |

Organizing Roles in Scientific Meetings:

| | | |
|---|---|---|
| Nov, 2011 | Panelist, 97th Scientific Assembly and Annual Meeting, Radiological Society of North America Chicago, IL |
| Nov, 2012 | Panelist, 98th Scientific Assembly and Annual Meeting, Radiological Society of North America Chicago, IL |
| Dec, 2013 | Panelist, 99th Scientific Assembly and Annual Meeting, Radiological Society of North America Chicago, IL |
| 2014 | Program Committee Member, 2015 Annual Meeting, American Society of Neuroradiology Chicago, IL |
| Dec, 2014 | Panelist, 100th Scientific Assembly and Annual Meeting, Radiological Society of North America Chicago, IL |
| Dec, 2015 | Panelist, 101st Scientific Assembly and Annual Meeting, Radiological Society of North America Chicago, IL |
| Dec, 2021 | Neurocrine Biosciences, Inc. PD1102, PD1104, and PD1105 Data Safety Monitoring Board External Radiology Consultant virtual meeting, December 9, 2021 |

Bibliography:
    Research Publications, peer reviewed (print or other media):

1. Oddo Mauro, Levine Joshua M, Mackenzie Larami, Frangos Suzanne, Feihl François, Kasner Scott E, Katsnelson Michael, Pukenas Bryan, Macmurtrie Eileen, Maloney-Wilensky Eileen, Kofke W Andrew, Leroux Peter D: Brain hypoxia is associated with short-term outcome after severe traumatic brain injury independent of intracranial hypertension and low cerebral perfusion pressure. <u>Neurosurgery</u> 69(5): 1037-45, Nov 2011.

2. Katsnelson Michael, Mackenzie Larami, Frangos Suzanne, Oddo Mauro, Levine Joshua M, Pukenas Bryan, Faerber Jennifer, Dong Chuanhui, Kofke W Andrew, Leroux Peter D: Are initial radiographic and clinical scales associated with subsequent intracranial pressure and brain oxygen levels after severe traumatic brain injury? <u>Neurosurgery</u> 70(5): 1095 -105, May 2012.

3. Plastaras Chris, Appasamy Malathy, Sayeed Yusuf, McLaughlin Coleen, Charles Jeremy, Joshi Anand, Macron Donald, Pukenas Bryan: Fluoroscopy procedure and equipment changes to reduce staff radiation exposure in the interventional spine suite. <u>Pain physician</u> 16(6): E731-8, Nov-Dec 2013.

4. Faught Ryan W F, Satti Sudhakar R, Hurst Robert W, Pukenas Bryan A, Smith Michelle Janine: Heterogeneous practice patterns regarding antiplatelet medications for neuroendovascular stenting in the USA: a multicenter survey. <u>Journal of neurointerventional surgery</u> 6(10): 774-9, Dec 2014.

5. Hinderer Christian, Bell Peter, Vite Charles H, Louboutin Jean-Pierre, Grant Rebecca, Bote Erin, Yu Hongwei, Pukenas Bryan, Hurst Robert, Wilson James M: Widespread gene transfer in the central nervous system of cynomolgus macaques following delivery of AAV9 into the cisterna magna. <u>Molecular therapy. Methods & clinical development</u> 1: 14051, Dec 2014.

6. Schwartz Adam B, Siddiqui Gina, Barbieri John S, Akhtar Amana L, Kim Woojin, Littman-Quinn Ryan, Conant Emily F, Gupta Narainder K, Pukenas Bryan A, Ramchandani Parvati, Lev-Toaff Anna S, Tobey Jennifer D, Torigian Drew A, Praestgaard Amy H, Kovarik Carrie L: The accuracy of mobile teleradiology in the evaluation of chest X-rays. <u>Journal of telemedicine and telecare</u> 20(8): 460-463, Dec 2014.

7. Nabavizadeh S Ali, Vossough Arastoo, Ichord Rebecca N, Kwiatkowski Janet, Pukenas Bryan A, Smith Michelle J, Storm Philip B, Zager Eric L, Hurst Robert W: Intracranial aneurysms in sickle cell anemia: clinical and imaging findings. <u>Journal of Neurointerventional Surgery</u> 8(4): 434-431, April 2015.

8. Cloran Francis J, Pukenas Bryan A, Loevner Laurie A, Aquino Christopher, Schuster James, Mohan Suyash: Aggressive spinal hemangiomas: Imaging correlates to clinical presentation with analysis of treatment algorithm and clinical outcomes. <u>The British journal of radiology</u> Page: 20140771, Aug 2015 Notes: **Co-first author (Dr. Cloran was a trainee).

9. Thawani Jayesh P, Nayak Nikhil R, Pisapia Jared M, Petrov Dmitriy, Pukenas Bryan A, Hurst Robert W, Smith Michelle J: Aneurysmal vasculopathy in human-acquired immunodeficiency virus-infected adults: Imaging case series and review of the literature. <u>Interventional neuroradiology : journal of peritherapeutic neuroradiology, surgical procedures and related neurosciences</u> 21(4): 441-450, August 2015.

10. Nabavizadeh Seyed Ali, Mamourian Alexander, Schmitt James E, Cloran Francis, Vossough Arastoo, Pukenas Bryan, Loevner Laurie A, Mohan Suyash: Utility of fat suppressed sequences in differentiation of aggressive vs typical asymptomatic hemangioma of the spine. <u>The British Journal of Radiology</u> Page: 20150557, Oct 2015.

11. Plastaras Christopher T, Popescu Adrian, McLaughlin Coleen A, Sanderson Sean O, Biaesch Andrew G, Bosley Justin C, Kaplan Benjamin, Pukenas Bryan A: C-Arm Fluoroscope Angle Settings for Fluoroscopically Guided Lumbar Transforaminal Epidural Injections. <u>Pain medicine (Malden, Mass.)</u> 17(5): 832-8, May 2016.

12. Cox Mougnyan, Pukenas Bryan, Poplawski Michael, Bress Aaron, Deely Diane, Flanders Adam: CT-guided Cervical Bone Biopsy in 43 Patients: Diagnostic Yield and Safety at Two Large Tertiary Care Hospitals. <u>Academic radiology</u> 23(11): 1372-1375, Nov 2016 Notes: **Co-first author (Dr. Cox was a trainee).

13. Yu Gordon H, Maisel Julia, Frank Renee, Pukenas Bryan A, Sebro Ronnie, Weber Kristy: Diagnostic utility of fine-needle aspiration cytology of lesions involving bone. <u>Diagnostic cytopathology</u> 45(7): 608-613, July 2017 Notes: Epub 2017 May 3.

14. Oselkin Martin, Sedora-Roman Neda I, Pukenas Bryan A, Kung David, Hurst Robert W: Loading and elution characteristics of quadrasphere microspheres loaded with bevacizumab. <u>Therapeutic delivery</u> 8(9): 747-751, August 2017.

15. Bress Aaron, Metzler Scott, Plastaras Christopher, Nguyen Cuong, Schuster James M, Pukenas Bryan: "Scout No Scan" Technique Reduces Patient Radiation Exposure During CT-Guided Spine Biopsy. <u>AJR. American Journal of Roentgenology</u> 209(5): 1158-1161, November 2017 Notes: doi: 10.2214/AJR.16.17404.

16. Husseinzadeh H, Chiasakul T, Gimotty P A, Pukenas B, Wolf R, Kelty M, Chiang E, Fogarty P F, Cuker A: Prevalence of and risk factors for cerebral microbleeds among adult patients with haemophilia A or B. <u>Haemophilia : the official journal of the World Federation of Hemophilia</u> 24(2): 271-277, Dec 2017.

17. Cox Mougnyan, Sedora-Román Neda Isabel, Pukenas Bryan, Kung David, Hurst Robert: Reversible cerebral vasoconstriction syndrome: an important

non-aneurysmal cause of thunderclap headaches and subarachnoid hemorrhage. Internal and emergency medicine 13(1): 135-136, Jan 2018.

18. Oselkin M, Satti S R, Sundararajan S H, Kung D, Hurst R W, Pukenas B A: Endovascular treatment for acute basilar thrombosis via a transradial approach: Initial experience and future considerations. Interventional neuroradiology : journal of peritherapeutic neuroradiology, surgical procedures and related neurosciences 24(1): 64-69, February 2018 Notes: doi: 10.1177/1591019917733709.

19. Karlsson Michael, Pukenas Bryan, Chawla Sanjeev, Ehinger Johannes K, Plyler Ross, Stolow Madeline, Gabello Melissa, Hugerth Matilda, Elmér Eskil, Hansson Magnus J, Margulies Susan, Kilbaugh Todd Justen: Neuroprotective effects of cyclosporine in a porcine pre-clinical trial of focal traumatic brain injury. Journal of neurotrauma 36(1): 14-24, Jan 2019 Notes: Published online 2018 Dec 14. doi: 10.1089/neu.2018.5706.

20. Mougnyan Cox, Kofi-Buaku Atsina, Neda I. Sedora-Roman, Bryan A. Pukenas, Laurence Parker, David C. Levin, Linda J. Bagley, Robert W. Hurst: Neurointerventional Radiology for the Aspiring Radiology Resident: Current State of the Field and Future Directions. AJR. American journal of roentgenology 212(4): 899-904, Apr 2019.

21. Merrill Thomas L, Smith Bradley F, Mitchell Jennifer E, Merrill Denise R, Pukenas Bryan A, Konstas Angelos A: Infusion warm during selective hypothermia in acute ischemic stroke. Brain circulation 5(4): 218-224, Oct-Dec 2019.

22. Humbert Kelley, Sellers Michele, Neuhaus-Booth Elizabeth, Messe Steven R, Pukenas Bryan, Cucchiara Brett: Interfacility transfer for mechanical thrombectomy - Direct to Neuroangiography or CT angiography first? Journal of the Neurological Sciences 407: 116508, Dec 2019.

23. Mougnyan Cox, Preethi Ramchand, Melissa McCabe, Colin Hoey, Jessica Lehmann, Randi Collinson, David Kung, Bryan Pukenas, Ike Thacker, Kennith Layton, Robert W Hurst, Neda I Sedora-Roman: Neuroendovascular Treatment of Acute Stroke During COVID-19: A Guide From the Frontlines. J Radiol Nurs. 93(3): 168-173, May 2020 Notes: DOI: 10.1016/j.jradnu.2020.05.007.

24. Atsina KB, Cox M, Sedora Roman NI, Pukenas B, Parker L, Levin DC, Hurst RW: Vascular Imaging of the Spine in the US Medicare Population: Catheter and MR Angiography Volumes From 2004 to 2016. The Neuroradiology Journal 33(4): 318-323, June 2020 Notes: DOI: 10.1177/1971400920932488.

25. Lee Harrison T, Pukenas Bryan A, Sebro Ronnie: Change in Bone CT Attenuation and C-Reactive Protein are Predictors of Bone Biopsy Culture Positivity in Patients with Vertebral Discitis/Osteomyelitis. Spine (Phila Pa 1976). 45(17):

1208-1214, September 2020 Notes: doi: 10.1097/BRS.0000000000003504.

26. Leker RR, Kasner SE, El Hasan HA, Sacagiu T, Honig A, Gomori JM, Guan S, Choudhry O, Hurst RW, Kung D, Pukenas B, Sedora-Roman N, Ramchand P, Cohen JE.: Impact of carotid tortuosity on outcome after endovascular thrombectomy. <u>Neurol Sci</u> eurol Sci, October 2020.

27. Karlsson M, Yang Z, Chawla S, Delso N, Pukenas B, Elmér E, Hugerth M, Margulies SS, Ehinger J, Hansson MJ, Wang KKW, Kilbaugh TJ.: Evaluation of Diffusion Tensor Imaging and Fluid Based Biomarkers in a Large Animal Trial of Cyclosporine in Focal Traumatic Brain Injury. <u>J Neurotrauma</u> Neurotrauma, January 2021.

28. Sundararajan SH, Ranganathan S, Shellikeri S, Srinivasan A, Low DW, Pukenas B, Hurst R, Cahill AM.: Balloon occlusion as an adjunctive technique during sclerotherapy of Puig's classified advanced venous malformations. <u>Phlebology</u> October 2021.

29. Sundararajan SH, Cox M, Sedora-Roman N, Ranganathan S, Hurst R, Pukenas B.: Image-Guided Percutaneous Calvarial Biopsy with Low-Dose CT-Fluoroscopy: Technique, Safety, and Utility in 12 Patients. <u>Cardiovasc Intervent Radiol</u> January 2022.

30. Cox M, Atsina KB, Ramchand P, Ji J, Sedora-Roman N, Pukenas B.: Computed tomography-guided transforaminal lumbar puncture using local anesthesia and a straight 22-gauge spinal needle for intrathecal nusinersen in adults: Findings in 77 procedures. <u>Interv Neuroradiol</u> June 2022.

31. Jindal G, Almardawi R, Gupta R, Colby GP, Schirmer CM, Satti SR, Pukenas B, Hui FK, Caplan J, Miller T, Cherian J, Aldrich F, Kibria G, Simard JM; ULTRA Study Investigators.: Target Ultra and Nano coils in the endovascular treatment of small intracranial aneurysms (ULTRA Registry). <u>J Neurosurg</u> June 2022.

32. Miller TM, Cudkowicz ME, Genge A, Shaw PJ, Sobue G, Bucelli RC, Chiò A, Van Damme P, Ludolph AC, Glass JD, Andrews JA, Babu S, Benatar M, McDermott CJ, Cochrane T, Chary S, Chew S, Zhu H, Wu F, Nestorov I, Graham D, Sun P, McNeill M, Fanning L, Ferguson TA, Fradette S; VALOR and OLE Working Group.: Trial of Antisense Oligonucleotide Tofersen for SOD1 ALS. <u>N Engl J Med</u> 387: 1099-1110, Sep 2022.

33. Mohammaden MH, Haussen DC, Al-Bayati AR, Hassan A, Tekle W, Fifi J, Matsoukas S, Kuybu O, Gross BA, Lang MJ, Narayanan S, Cortez GM, Hanel RA, Aghaebrahim A, Sauvageau E, Farooqui M, Ortega-Gutierrez S, Zevallos C, Galecio-Castillo M, Sheth SA, Nahhas M, Salazar-Marioni S, Nguyen TN, Abdalkader M, Klein P, Hafeez M, Kan P, Tanweer O, Khaldi A, Li H, Jumaa M, Zaidi S, Oliver M, Salem MM, Burkhardt JK, Pukenas BA, Alaraj A, Peng S,

Kumar R, Lai M, Siegler J, Nogueira RG.: Stenting and Angioplasty in Neurothrombectomy: Matched Analysis of Rescue Intracranial Stenting Versus Failed Thrombectomy. <u>Stroke</u> September 2022.

34. Ossama Khazaal, Mougnyan Cox, Emily Grodinsky, Judy Dawood, Daniel Cristancho, Kofiâ€• Buaku Atsina, Jonathan Y. Ji, Elizabeth Neuhausâ€• Booth, Preethi Ramchand, Bryan A. Pukenas, David Kung, Robert Hurst, Omar Choudhri, Janâ€• Karl Burkhardt, Scott E. Kasner and Christopher G. Favilla: Highly Visible Wallâ€• Timer to Reduce Endovascular Treatment Time for Stroke. <u>Stroke: Vascular and Interventional Neurology</u> September 2022.

35. Mohammaden MH, Haussen DC, Al-Bayati AR, Hassan AE, Tekle W, Fifi JT, Matsoukas S, Kuybu O, Gross BA, Lang M, Narayanan S, Cortez GM, Hanel RA, Aghaebrahim A, Sauvageau E, Farooqui M, Ortega-Gutierrez S, Zevallos CB, Galecio-Castillo M, Sheth SA, Nahhas M, Salazar-Marioni S, Nguyen TN, Abdalkader M, Klein P, Hafeez M, Kan P, Tanweer O, Khaldi A, Li H, Jumaa M, Zaidi SF, Oliver M, Salem M, Burkhardt JK, Pukenas B, Kumar R, Lai M, Siegler JE, Peng S, Alaraj A, Nogueira RG.: General anesthesia vs procedural sedation for failed NeuroThrombectomy undergoing rescue stenting: intention to treat analysis. <u>J Neurointerv Surg</u> Dec 2022.

<u>Research Publications, peer-reviewed reviews:</u>
1. Jindal Gaurav, Pukenas Bryan: Normal spinal anatomy on magnetic resonance imaging. <u>Magnetic resonance imaging clinics of North America</u> 19(3): 475-88, Aug 2011.

2. Pukenas Bryan: Normal brain anatomy on magnetic resonance imaging. <u>Magnetic resonance imaging clinics of North America</u> 19(3): 429-37, Aug 2011.

3. Dziemianowicz Mark S, Kirschen Matthew P, Pukenas Bryan A, Laudano Eric, Balcer Laura J, Galetta Steven L: Sports-Related Concussion Testing. <u>Current neurology and neuroscience reports</u> 12(5): 547 - 59, Oct 2012.

4. Chandra Tushar, Pukenas Bryan, Mohan Suyash, Melhem Elias: Contrast-enhanced magnetic resonance angiography. <u>Magnetic resonance imaging clinics of North America</u> 20(4): 687-98, Nov 2012.

5. Kosty Jennifer, Pukenas Bryan, Smith Michelle, Storm Phillip B, Zager Eric, Stiefel Michael, Leroux Peter, Hurst Robert: Iatrogenic Vascular Complications Associated with External Ventricular Drain Placement: A Report of Eight Cases and Review of the Literature. <u>Neurosurgery</u> 72(2): 208 - 13, Jun 2013 Notes: Co-first author (Jennifer Kosty was a medical student).

6. Miller Timothy R, Jindal Gaurav, Mohan Suyash, Fortes Manuel, Hurst Robert, Pukenas Bryan, Gandhi Dheeraj: Diagnosis and management of trigemino-cavernous fistulas: case reports and review of the literature. <u>Journal of</u>

neurointerventional surgery 7(1): 73-80, Jan 2014 Notes: doi: 10.1136/neurintsurg-2013-010932.

7. Mohan Suyash, Agarwal Mohit, Pukenas Bryan: Computed Tomography Angiography of the Neurovascular Circulation. Radiologic Clinics of North America 54(1): 147-62, Jan 2016.

8. Cox M, Rodriguez P, Mohan S, Sedora-Roman NI, Pukenas B, Choudhri O, Kurtz RM.: Tentorial Dural Arteriovenous Fistulas as a Cause of Thalamic Edema: 2 Cases of an Important Differential Diagnosis to Consider. Neurohospitalist 11: 33-39, Jan 2021.

9. Mattay RR, Shlansky-Goldberg R, Pukenas BA.: Recurrent massive hemoptysis in a patient with cystic fibrosis: balloon assisted Onyx embolization after bronchial artery coil recanalization. CVIR Endovasc 4: 4, Jan 2021.

Contributions to peer-reviewed research publications, participation cited but not by authorship:

1. Frederick Allen, MD*, James Riopelle, MD† and Ashish Sinha, MD, PhD* : Intracranial Placement of a Nasotracheal Tube in a Patient with Goldenhar Syndrome Associated with Cribriform Plate Agenesis Anesthesia and Analgesia 112(1): 198-200, January 2011.

2. Osama O Zaidat1, Ricardo A Hanel, Eric A Sauvageau, Amin Aghaebrahim, Eugene Lin, Ashutosh P Jadhav, Tudor G Jovin, Ahmad Khaldi, Rishi G Gupta, Andrew Johnson, Donald Frei, David Loy, Adel Malek, Gabor Toth, Adnan Siddiqui, John Reavey-Cantwell, Ajith Thomas, Steven W Hetts, Brian T Jankowitz, ATLAS Investigators: Pivotal Trial of the Neuroform Atlas Stent for Treatment of Anterior Circulation Aneurysms: One-Year Outcomes. Stroke 51(7): 2087-2094, July 2020 Notes: *Dr. Pukenas is an ATLAS Investigatordoi: 10.1161/STROKEAHA.119.028418.

Research Publications, non-peer reviewed:
   [none]

Abstracts (Last 3 years):

1. Sedora-Roman NI, Nasser H, Cox M, Ramchand R, Rodriguez P, Choudhri O, Satti SR, Kung D, Pukenas B, Hurst RW: Artery of Davidoff and Schechter: A rare yet crucial sighting American Society of Neuroradiology Annual meeting *(Virtual meeting) May 2020 Notes: Poster Presentation - Presented by Trainee Mougnyan Cox.

2. Bryan Pukenas, Mikhail Papisov, Nicholas Buss, Subha Karumuthil-Melethil, Anthony O'Berry, Kirsten Cowley, Marie-Laure Nevoret, Paulo Falabella: Intracisternal administration of AAV9 gene therapies to target the central nervous system. WORLD Symposium San Diego, CA  February 2021.

3. Raymond Y. Wang, Tammam Beydoun, Nina Movsesyan, Shih-Hsin Kan, Mery Taylor, Winnie Stockton, Igor Nestrasil, Bryan Pukenas, Paulo Falabella, Yoonjin Cho, Marie-Laure Névoret.: First in-human intracisternal dosing of RGX-111 (adeno-associated virus 9/human α-L-iduronidase) for a 20-month-old child with mucopolysaccharidosis type I (MPS I): 1 year follow-up. WORLD Symposium San Diego, CA February 2021.

4. Zion Zibly, Yair Anikster, Shoshana Revel-Vilk, Ari Zimran, Mark Lowrey, Eriene A. Youssef, Jeffery Sevigny, Bryan Pukenas.: Safety of intracisternal administration of AAV9 based gene therapy: Case series of PR001 in infants with Gaucher disease type 2. WORLD Symposium San Diego, CA   February 2021 Notes: ePresentation.

5. Ossama Khazaal, Daniel Cristancho, Emily Grodinsky, Judy Dawood, Kofi-Buaku Atsina, Jonathon Y Ji, Elizabeth Neuhaus-booth, Preethi Ramchand, Bryan A Pukenas, Robert W Hurst, David Kung, Omar Choudhri, Jan-Karl Burkhardt, Scott Kasner and Christopher G Favilla: Highly Visible Wall-timer To Reduce Endovascular Treatment Time For Stroke. International Stroke Conference 2022, New Orleans, LA, USA February 2022.

6. Acord, M; Cahill, AM; Koza, B; Pukenas, B; Hwang, M: Contrast-enhanced brain ultrasound facilitates characterization of a complex intracranial vascular lesion in a newborn Poster presentationAnnual Integrative Ultrasound Meeting (AIUM) 2022San Diego, CA March 2022.

7. Katz N, Cohen-Addad D, Alkhatib S, Pukenas B: Suboccipital puncture: a lost art? Journal of NeuroInterventional Surgery Page: 14:A146, July 2022.

Editorials, Reviews, Chapters, including participation in committee reports (print or other media):

1. Pukenas Bryan, Zaslau Stanley: Successful embolization of retroperitoneal bleeding from a renal angiomyolipoma. The West Virginia medical journal 99(1): 31-2, Jan-Feb 2003.

2. Pukenas Bryan A, Zaslau Stanley: Loin pain hematuria syndrome: case series. The West Virginia medical journal 99(5): 192-3, Sep-Oct 2003.

3. McKinney James S, Messé Steven R, Pukenas Bryan A, Satti Sudhakar R, Weigele John B, Hurst Robert W, Levine Joshua M, Kasner Scott E, Sansing Lauren H: Intracranial vertebrobasilar artery dissection associated with postpartum angiopathy. Stroke research and treatment 2010, September 2010 Notes: Case report.

4. Mullen Michael T, Pantelyat Alexander, Pukenas Bryan A, Messé Steven R: Teaching NeuroImages: occlusion of all 4 major extracranial vessels. Neurology 75(12):

e51, Sep 2010.

5. Pukenas Bryan, Albuquerque Felipe C, Weigele John B, Hurst Robert W, Stiefel Michael F: Use of a New Double-Lumen Balloon Catheter for Single Catheter Balloon-Assisted Coil Embolization of Intracranial Aneurysms: Technical Note. Neurosurgery 69(1): 8-12, Mar 2011.

6. Pukenas Bryan A, Satti Sudhakar R, Bailey Robert, Weigele John B, Hurst Robert W, Stiefel Michael F: Onyx Pulmonary Artery Embolization Following Treatment of a Low Flow Dural Arteriovenous Fistula: Case Report. Neurosurgery 68(5): 497-500, May 2011.

7. Pukenas Bryan A, Albuquerque Felipe C, Pukenas Marc J, Hurst Robert, Stiefel Michael F: Novel endovascular treatment of enlarging facial artery pseudoaneurysm resulting from molar extraction: a case report. Journal of oral and maxillofacial surgery: official journal of the American Association of Oral and Maxillofacial Surgeons 70(3): e185-9, Mar 2012.

8. Bryan A. Pukenas and Mary E. Jensen: Percutaneous vertebral augmentation. Neurointerventional Management: Diagnosis and TreatmentSecond Edition. Robert W. HurstRobert H. Rosenwasser (eds.). Informa Healthcare, April 2012.

9. Bryan A. Pukenas and Ronald L. Wolf: CT imaging and physiologic techniques in interventional neuroradiology. Neurointerventional Management: Diagnosis and TreatmentSecond Edition. Robert W. HurstRobert H. Rosenwasser (eds.). Informa Healthcare, April 2012.

10. Bryan A. Pukenas, Robert W. Hurst: Neuroendovascular aspects of cerebrovascular disease in pregnancy Neurointerventional Management: Diagnosis and TreatmentSecond Edition. Robert W. Hurst, Robert H. Rosenwasser (eds.). Informa Healthcare, April 2012.

11. Pukenas Bryan Anthony, Kumar Monisha, Stiefel Michael, Smith Michelle, Hurst Robert: Solitaire FR device for treatment of dural sinus thrombosis. J Neurointerv Surg 6(1), Jan 2013 Notes: no pages listed.

12. Sanborn Matthew R, Nasrallah Ilya, Stanton David C, Stiefel Michael F, Hurst Robert W, Pukenas Bryan A: Acquired arteriovenous fistula associated with traumatic oroantral fistula: Endovascular treatment. Head & neck 35(5): 138 - 41, May 2013.

13. Mamourian A C, Pukenas B A, Satti S R: Should american journal of neuroradiology commentary be evidence-based? AJNR. American journal of neuroradiology 34(8): E97-8, Aug 2013 Notes: Editorial

14. Bryan Pukenas and Robert Hurst: Diagnosis and Endovascular Management of

Cerebrovascular Malformations. <u>Pediatric Neurocritical Care</u>. Nicholas S. Abend, Mark A. Heller (eds.). Demos Medical Publishing, LLC. Page: 209-222, December 2013.

15. Guez David, Nadolski Gregory J, Pukenas Brian A, Itkin Maxim: Transhepatic lymphatic embolization of intractable hepatic lymphorrhea. <u>Journal of Vascular and Interventional Radiology : JVIR</u> 25(1): 149-50, Jan 2014.

16. Shaikh Hamza, Pukenas Bryan Anthony, McIntosh Adeka, Licht Daniel, Hurst Robert W: Combined use of Solitaire FR and Penumbra devices for endovascular treatment of cerebral venous sinus thrombosis in a child. <u>BMJ case reports</u> 2014, February 2014 Notes: **Co-first author (Dr. Shaikh was a trainee).

17. Rhee Eileen, Hurst Robert, Pukenas Bryan, Ichord Rebecca, Cahill Anne Marie, Rossano Joseph, Fuller Stephanie, Lin Kimberly: Mechanical embolectomy for ischemic stroke in a pediatric ventricular assist device patient. <u>Pediatric transplantation</u> 18(3): 88 - 92, May 2014.

18. Guzman Anthony K, Pukenas Brian A, Yan Yan, Newman Jason G, Itkin Maxim: Embolization of the Neck Lymphatic Varix, Causing Periodic Neck Swelling. <u>Cardiovascular and Interventional Radiology</u> 37(4): 1107-10, Aug 2014 Notes: **Trainee is co-first author.

19. Ajay S. Hira, Michael LaBagnara, Bryan A. Pukenas, Michael Stiefel: Case for Stenting with Dissection. <u>Neurointerventional Techniques: Tricks of the Trade</u>. L. Fernando Gonzalez, Felipe Albuquerque, Cameron McDougall (eds.). Thieme Medical Publishers, Inc. October 2014.

20. Bryan A. Pukenas and Michael Stiefel: Double-Lumen Balloon-Assisted Coil Embolization (Ascent Balloon). <u>Neurointerventional Techniques: Tricks of the Trade</u>. L. Fernando Gonzalez, Felipe Albuquerque, Cameron McDougall (eds.). Thieme Medical Publishers, Inc. October 2014.

21. Michael LaBagnara, Ajay S. Hira, Bryan A. Pukenas, Michael Stiefel: Cervical Carotid Pseudoaneurysms. <u>Neurointerventional Techniques: Tricks of the Trade</u>. L. Fernando Gonzalez, Felipe Albuquerque, Cameron McDougall (eds.). Thieme Medical Publishers, Inc. October 2014.

22. Michael Stiefel, Bryan A. Pukenas, Felipe Albuquerque: Subclavian Stent/Innominate Stenosis for Subclavian Steal. <u>Neurointerventional Techniques: Tricks of the Trade</u>. L. Fernando Gonzalez, Felipe Albuquerque, Cameron McDougall (eds.). Thieme Medical Publishers, Inc. October 2014.

23. Shaikh Hamza, Thawani Jayesh, Pukenas Bryan: Needle-in-Needle Technique for Percutaneous Retrieval of a Fractured Biopsy Needle during CT-Guided Biopsy of the Thoracic Spine. <u>Interventional neuroradiology : journal of peritherapeutic</u>

neuroradiology, surgical procedures and related neurosciences 20(5): 646-9, Oct 2014.

24. Nabavizadeh Seyed Ali, Mowla Ashkan, Bress Aaron, Pukenas Bryan: Thrombosis of posterior condylar vein with extension to internal jugular vein; a rare radiological finding in traumatic brain injury. Surgical Neurology International 6(1): 60-69, April 2015.

25. Plastaras Christopher, Tsay Tiffany, Schran Seth, Zhang Yejia, Becker Scott, Pukenas Bryan: Vertebral Benign Notochordal Cell Tumor (BNCT) as Incidental Finding in Cervical Radiculitis. PM & R: The journal of injury, function, and rehabilitation 7(11): 1198-200, Aug 2015.

26. Ali Nabavizadeh S, Assadsangabi Reza, Pukenas Bryan, Mamourian Alexander: Subarachnoid hemorrhage secondary to ophthalmic artery avulsion. Journal of the Neurological Sciences 358(1-2): 477-8, Nov 2015.

27. Bryan A. Pukenas: Normal Anatomy of the Spine: What you need to know. Neuroimaging: The Essentials. Pina C. Sanelli, Pamela W. Schaefer, Laurie A. Loevner (eds.). Wolters Kluwer, November 2015.

28. Cuong Nguyen, MD; Bryan Pukenas, MD: Neurointerventional Radiology. Radiology Secrets Plus. Drew A Torigian, MD; Parvati Ramchandani, MD (eds.). Elsevier, November 2015.

29. Thawani Jayesh P, Pisapia Jared M, Singh Nickpreet, Petrov Dmitriy, Schuster James M, Hurst Robert W, Zager Eric L, Pukenas Bryan A: 3D-Printed Modeling of an Arteriovenous Malformation Including Blood Flow. World Neurosurgery 90: 675-683, June 2016.

30. Bress Aaron, Hurst Robert, Pukenas Bryan, Smith Michelle, Kung David: Mechanical thrombectomy for cerebral venous sinus thrombosis employing a novel combination of Angiojet and Penumbra ACE aspiration catheters: the Triaxial Angiojet technique. Journal of clinical neuroscience : official journal of the Neurosurgical Society of Australasia Page: 196-8. September 2016.

31. Cuong Nguyen, MD; Bryan Pukenas, MD: Neurointerventional Radiology. Radiology Secretes Plus, 4e. Drew A Torigian, MD; Parvati Ramchandani, MD (eds.). Elsevier, September 2016.

32. Caitlin, Loomis, Bryan A. Pukenas, Robert W. Hurst: Acute Stroke Management. Neurocritical Care Management of the Neurosurgical Patient, 1st ed.   Monisha Kumar, Joshua Levine, James Schuster, Andrew W. Kofke (eds.). Elsevier, Page: 377-390, April 2017.

33. Thawani Jayesh P, Singh Nickpreet, Pisapia Jared M, Abdullah Kalil G, Parker Drew,

Pukenas Bryan A, Zager Eric L, Verma Ragini, Brem Steven: Three-Dimensional Printed Modeling of Diffuse Low-Grade Gliomas and Associated White Matter Tract Anatomy. <u>Neurosurgery</u> 80(4): 635-645, Apr 2017.

34. Liberman Ava L, Ramchand Preethi, Gannon Kimberly, Zager Eric L, Pukenas Bryan, Bress Aaron L, Ezekowitz Michael D, Hurst Robert, Messé Steven R: Internal Carotid Artery and Sphenoidal Emissary (Vesalian) Vein Fistula Mimicking a Carotid-Cavernous Sinus Fistula. <u>The Neurohospitalist</u> 7(3): NP1-NP2, Jul 2017.

35. Kritikos Michael, Sharma Nikhil, Sedora-Roman Neda, Choudhri Omar, Pukenas Bryan, Hurst Robert, Kung David: Duplication of the vertebral artery: A series of four cases. <u>Interventional neuroradiology : journal of peritherapeutic neuroradiology, surgical procedures and related neurosciences</u> Page: 1591019918783973, Jan 2018.

36. Michael E. Kritikos, Martin Oselkin, Nikhil Sharma, Pallavi P. Gopal, Douglas C. Bigelow, Sean Grady, Robert W. Hurst, Bryan A. Pukenas, Omar Choudhri, David Kung: Dural Arteriovenous Fistula Associated With a Vestibular Tumor: An Unusual Case and Review of the Literature.   <u>Cureus</u> 10(6): e2890. doi:10.7759/cureus.2890, June 2018.

37. Cox Mougnyan, Kim Dong, Sedora-Roman Neda Isabel, Hurst Robert, Pukenas Bryan: Beware the bright basilar artery: an early and specific CT sign of acute basilar artery thrombosis. <u>Internal and emergency medicine</u> 13(8): 1327-1328, Jul 2018 Notes: DOI: 10.1007/s11739-018-1905-z.

38. Ali Aamir, Sedora Roman Neda I, Cox Mougnyan, Kung David, Choudhri Omar, Hurst Robert W, Pukenas Bryan A: Anomalous Origin of the Right Vertebral Artery from the Right Common Carotid Artery. <u>Cureus</u> 10(11): e3602, Nov 2018.

39. Kritikos Michael E, Sharma Nikhil, Sedora-Roman Neda, Pukenas Bryan A, Hurst Robert W, Choudhri Omar A, Kung David K: Complete spontaneous regression of cerebral arteriovenous malformation: a case report and review of the literature. <u>Clinical imaging</u> 52: 146-151, Nov - Dec 2018 Notes: Epub 2018 Jul 20.

40. Forti Rodrigo M, Favilla Christopher G, Cochran Jeffrey M, Baker Wesley B, Detre John A, Kasner Scott E, Mullen Michael T, Messé Steven R, Kofke W Andrew, Balu Ramani, Kung David, Pukenas Bryan A, Sedora-Roman Neda I, Hurst Robert W, Choudhri Omar A, Mesquita Rickson C, Yodh Arjun G: Transcranial Optical Monitoring of Cerebral Hemodynamics in Acute Stroke Patients during Mechanical Thrombectomy. <u>Journal of stroke and cerebrovascular diseases : the official journal of National Stroke Association</u> 28(6): 1483-1494, Apr 2019.

41. Cox Mougnyan, Ramchand Preethi, Sedora-Roman Neda I, Frank Dale M, Kung David, Pukenas Bryan A: Lymphoma Metastasis to Vertebral Body Hemangioma:

Bryan A. Pukenas, MD                                                                        Page 18

Collision Tumor Causing Cord Compression. <u>World neurosurgery</u> 132: 53-56, Aug 2019.

42. Kvint Svetlana, Malhotra Neil R, Cox Mougnyan, Mondschein Jeffrey I, Pukenas Bryan A, Bagley Linda J: Giant Iliac Artery Pseudoaneurysm Mimicking Postoperative Fluid Collection and Discitis. <u>World neurosurgery</u> 136: 253-257, Dec 2019.

43. Su YouRong S, Ali Muhammad S, Pukenas Bryan A, Favilla Christopher G, Zanaty Mario, Hasan David M, Kung David K: Novel Treatment of Cerebral Vasospasm Using Solitaire Stent Retriever-Assisted Angioplasty: Case Series. <u>World neurosurgery</u> Dec 2019.

44. Glauser Gregory, Hurst Robert W, Pukenas Bryan A, Sedora-Roman Neda I, Kung David, Choudhri Omar: Subarachnoid Hemorrhage as a Result of Retrocorporeal Artery Aneurysm Rupture: A Rare Sequel of Subclavian Steal Syndrome. <u>World Neurosurgery</u> 133: 66-68, Jan 2020 Notes: doi: 10.1016/j.wneu.2019.09.129. [Epub ahead of print]

45. Goodsell Kristin, Sullivan Patricia Zadnik, Macaluso Michelle, Blue Rachel, Ghenbot Yohannes, Al-Bayar Ahmed, Ozturk Ali K, Pukenas Bryan, Schuster James: Osteoradionecrosis of the occipitocervical junction following radiation for head and neck cancer: A report of eight cases. <u>World Neurosurgery</u> Mar 2020.

46. Jose Saucedo, BS, Mougnyan Cox, MD, Eric Granquist, DMD, MD, Bryan Pukenas, MD, Robert Hurst, MD, Neda I. Sedora-Roman, MD: Superficial Temporal Artery Fistula Secondary to Temporomandibular Joint Arthroscopy. <u>Craniomaxillofacial Trauma & Reconstruction Open</u> May 2021.

47. Bryan A. Pukenas: Vascular Malformations. <u>Decision-Making in Adult Neurology</u>. Brett L. Cucchiara; Raymond S. Price (eds.). Elsevier, Inc. 2021.

48. Roman NIS, Rodriguez P, Nasser H, Cox M, Ramchand P, Choudhri O, Satti SR, Kung D, Pukenas B, Hurst RW.: Artery of Davidoff and Schechter: A Large Angiographic Case Series of Dural AV Fistulas. <u>Neurohospitalist</u> January 2022.

<u>Books:</u>
    [none]

<u>Alternative Media:</u>
    [none]

    <u>Patents:</u>
Inverse Screw Biopsy Needle. USA Patent Number 62/057,518, 2014.

Microcatheter for therapeutic and/or diagnostic interventions in the subarachnoid space. USA

Bryan A. Pukenas, MD                                                                      Page  19

Patent Number 62/795-350, 2019.

# Exhibit B

# DR. BRYAN PUKENAS

## Depositions and Testimony
### (Past Four Years)

*Elizabeth Adams v. The George Washington University, et al.*, Superior Court of the District of Columbia, 2020 CA 004560 M

*Frederick v. Kanjo*, Circuit Court of Maryland, Prince Georges County, CAL20-14482

*Vidos v. Medstar Medical Group*, Superior Court District of Columbia (Civil Division), Civil Action No. 2021 CA 004239 M

*Mashael Talal Alsadoun, et al. v. Maryam Awan, M.D., et al.*, Circuit Court of Maryland, for Cecil County, Case No. C-07-CV-19-000308

*Melissa Justice v. Meena Poddar, M.D., et al.*, Circuit Court of Maryland, Calvert County, C-04-CV-20-000106

*Vang v. UMMC, et al.*, Circuit Court of Baltimore City, 24-C-19-006364MM

*Askew v. Sidhu*, Circuit Court of Maryland, Prince George's County, No. CAL 19-18128

*Jennifer Marquez, et al. v. Children's National Medical Center, et al.*, Superior court of the District of Columbia, Civil Division Case No. 2019 CA 001459 M

*Patricia Simon v. Montgomery General Hospital, et al.*, Circuit Court of Maryland, Montgomery County, Case No 480961-V

*Richard Copes v. USA (VA)*, United States District Court for the District of Maryland, Civil Action No. 1:20-cv-02468-JRR

*Julie Cullember, et al. v. Lee Anne Connell-Templin, M.D., et al.*, Circuit Court of Maryland, Anne Arundel County, Case No. C-02-CV-20-001487

*Linares (Estate of Maria Adela Moscoso Osorio Cruz v Shirsolkar, M.D.)* (defense), Circuit Court of Maryland, Prince William County, Case No. 19-3406

*Kevin McAllister vs. Delaware County Memorial Hospital, et al.*, Philadelphia Court of Common Pleas, Case No. 180702344

*Peter Aymonin v. Stuart J. Shafer, M.D.*, Circuit Court of Florida, 19th Judicial Circuit, in and for Indian River County, Case No. 2020-CA-000456

*Larry Nelson and Gloria Nelson v. Saint Anthony Hospital*, Circuit Court Illinois, Cook County, 2021 L 011021

*Contreras v. Franciscan St. James Health* (defense), Circuit Court Illinois, Cook County, No. 16 L 6355

1

*Susan Seig and James Seig v. Mercy Health Corporation*, Circuit Court, 19th Judicial Circuit, Winnebago County, No. 2019 L 378

*Bernard M. Borowski v. Akash D. Agarwal, M.D., et al.*, Court of Common Pleas of Luzerne County, No. 2021-CV-04382

*Fowler v. Squillante*, Circuit Court of Virginia, City of Fredericksburg, Case No CL18-719

*Raymond Rahbar, Jr. v. Virginia Medical Transport, LLC, et al.*, Superior Court for the District of Columbia, 2020 CA 004211 M

*Janet Suglo v. Emergency Medicine Associates, P.A., P.C.*, Circuit Court of Virginia, Prince William County, Case No. CL-16-679

*Monica Camelo, et al. v. Melissa Longely, RPA-C, et al.*, Circuit Court of Maryland, Montgomery County, Case No. 442210-V