**GT GreenbergTraurig**

James W. Perkins
(212) 801-3188
perkinsj@gtlaw.com

December 27, 2024

**VIA ECF**

Hon. Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4E-N
Brooklyn, New York 11201

Re: *American Transit Insurance Co. v. Pierre et al.*, 1:24-cv-00360-RPK-CLP – Modifications to Docket Entries

Dear Judge Kovner:

We are counsel to American Transit Insurance Company ("ATIC"), the Plaintiff in the above-captioned matter, and write concerning corrections that should be made to the ECF descriptions of some of the motion papers recently filed in connection with Plaintiff's Motion for a Writ of Prejudgment Attachment (the "Motion) and to request a deletion of one duplicate filing. On December 23, 2024, pursuant to the Court's order dated December 9, 2024 (ECF No. 10), and the Individual Practice Bundling Rule (IV.B.3), Plaintiff filed (1) its moving and (2) reply papers in support of the Motion and (3) Defendants William A. Weiner, D.O. and Nexray Medical Imaging, P.C. d/b/a Soul Radiology Medical Imaging's and (4) Bradley Pierre's papers in opposition. (ECF Nos. 120-133.) The following documents were inadvertently described incorrectly on the ECF docket, and we respectfully request that the Court direct the Clerk of the Court to implement the modifications to the docket entries as indicated below:

- ECF No. 129 should be changed to "Reply Memorandum in Support re 120 Motion for Writ of Prejudgment Attachment Against All Defendants re Nexray Defendants";
- ECF No. 130 should be changed to "Reply Memorandum in Support re 120 Motion for Writ of Prejudgment Attachment Against All Defendants re Defendant Pierre";
- ECF No. 131 should be changed to "Reply Declaration in Support re 120 Motion for Writ of Prejudgment Attachment Against All Defendants of James W. Perkins";
- ECF No. 132 should be changed to "Reply Declaration in Support re 120 Motion for Writ of Prejudgment Attachment Against All Defendants of Cheryl Glaze".

Moreover, ECF No. 133 is a duplicate of ECF No. 130, and it should be removed from the docket.

Hon. Rachel P. Kovner
December 27, 2024
Page 2

      We thank the Court for its attention to this matter and are available at the Court's convenience to answer any questions the Court may have.

                                      Respectfully submitted,

                                      James W. Perkins

cc:     All Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com