**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

AMERICAN TRANSIT INSURANCE COMPANY,

Plaintiff,

- against –

BRADLEY PIERRE, MARVIN MOY, M.D.,
RUTLAND MEDICAL P.C., WILLIAM A. WEINER,
D.O., NEXRAY MEDICAL IMAGING, P.C. d/b/a
SOUL RADIOLOGY MEDICAL IMAGING and
JOHN DOES 1-15,

Defendants.

1:24-cv-00360-RPK-CLP

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of a letter addressed to the Hon. Rachel P. Kovner, dated March 6, 2025, requesting a pre-motion conference in the above-referenced action, by UPS overnight mail on March 6, 2025, upon Medical Reimbursement Consultants, Inc., c/o Albert Haft, CPA PC, 160 Long Beach Road, Island Park, NY 11558, tracking no.: 1Z18704W0193484932.

Dated: March 6, 2024
      New York, New York

_____
Julie Goldman