**Law Office Of**
**CARY SCOTT GOLDINGER P.C.**
400 Garden City Plaza, Suite 420
Garden City, New York 11530
(516) 227-3344  Fax (516) 227-3351
www.goldinger.com

**CARY SCOTT GOLDINGER**                                                                 csg@goldinger.com
_____

March 11, 2025

*VIA* ECF

Honorable Judge Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    **American Transit Insurance Company v. Pierre et al.**
                  **Civil Case No.: 1:24-cv-00360-RPK-CLP**

Dear Judge Kovner:

This office represents Defendant Bradley Pierre and pursuant to Rule II.F. of Your Honor's Individual Practice Rules, we jointly and respectfully request an adjournment of the Parties' deadline to file a letter response to Plaintiff's [150] Motion for a pre-motion conference from 3/13/25 until 3/20/25. This application is made with the consent of counsel for all parties.

The reason for the request is due to the fact that I have been away for my daughter's wedding and just returned to New York.

We thank the court for its courtesy and consideration in this matter.

                                                              Respectfully submitted,

                                                               Cary Scott Goldinger
                                                                 (CSG 4983)

Cc: All Counsel of Record (via ECF)