UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMERICAN TRANSIT INSURANCE COMPANY,

            Plaintiff,

- against –

BRADLEY PIERRE, MARVIN MOY, M.D., RUTLAND MEDICAL P.C., WILLIAM A. WEINER, D.O., NEXRAY MEDICAL IMAGING, P.C. d/b/a SOUL RADIOLOGY MEDICAL IMAGING and JOHN DOES 1-15,

            Defendants.

1:24-cv-00360-RPK-CLP

---

**DEFENDANT BRADLEY PIERRE'S NOTICE OF
VOLUNTARY DISMISSAL**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant Bradley Pierre hereby gives notice that the Counterclaims asserted against Plaintiff American Transit Insurance Company are voluntarily dismissed without prejudice.  The parties shall bear their own attorneys' fees and costs.

Dated:  May 28, 2025

            LAW OFFICE OF CARY SCOTT GOLDINGER, P.C.

            By:_____
               Cary Scott Goldinger
               400 Garden City Plaza, Suite 420
               Garden City, New York 11530
               (516) 745-1122
               csg@goldinger.com

            *Attorneys for Defendant Bradley Pierre*