Law Office Of
**CARY SCOTT GOLDINGER P.C.**
400 Garden City Plaza, Suite 420
Garden City, New York 11530
(516) 227-3344  Fax (516) 227-3351
www.goldinger.com

**CARY SCOTT GOLDINGER**  csg@goldinger.com
____

September 18th, 2025

<u>**VIA ECF**</u>
Honorable Magistrate Cheryl L. Pollak
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **RE: <u>American Transit Insurance Company v. Pierre et al</u>**
> **<u>Docket No.: 1:24-cv-00360-RPK-CLP</u>**

Dear Magistrate Pollak:

Please be advised that my office represents defendant Bradley Pierre ("Pierre") in the above-mentioned matter. However, as the court is aware, we have moved to withdraw (ECF No. 189) and we are currently pending a decision on said motion.

We submit this letter motion to respectfully request an adjournment of the time for Pierre to respond to all of the recent court ordered deadlines, including Your Honor's September 17th, 2025 Order regarding the non-party subpoena that was served upon Pierre in the US Penitentiary in Lewisburg which order stated a response was due by October 8th, 2025. We would respectfully request that all deadlines be held in abeyance pending a decision on our motion to withdraw and following a decision, allowing Pierre sufficient time to obtain new counsel. Our pending motion to withdraw also requests that all pending matters be held in abeyance pending a decision on our motion and to allow Pierre sufficient time to obtain new counsel.

In addition, the Jewish holiday of Rosh Hashanah commences Monday evening. September 22nd and Yom Kippur falls on October 2nd. Both Mr. Dressler and I observe the holiday and my office will be closed on September 22nd, 23rd and October 2nd.

As set forth in our motion to withdraw, communications with our client have

essentially broken down. We have forwarded all of the recent court orders and deadlines to our client and his wife, who is a practicing attorney and who has Pierre's Power of Attorney and I have communicated same to her verbally as well. During my most recent conversation with Pierre I advised him of the recent court orders and confirmed with him my motion to withdraw.

After filing notices of appearances, this office has participated in every court conference, filed and responded to motions and corresponded with counsel for all parties. We also attempted to engage in good faith settlement discussions with plaintiff's counsel, Mr. Perkins, which were unsuccessful.

Finally, there will be no prejudice to the plaintiff if the court were to grant Pierre's request for additional time to respond and seek new counsel.

We thank the court for its courtesy and consideration herein.

Respectfully submitted.

Cary Scott Goldinger, Esq.
(CSG 4983)

James Perkins, Esq. (via email)
Matthew Conroy, Esq.(via email)