UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
AMERICAN TRANSIT INS. CO.,

                              Plaintiff,

-against-

BRADLEY PIERRE, et al.,

                              Defendants.
-----------------------------------------------------------------

Case No.: 1:24 CV 360 (RPK) (CLP)

**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

      IT IS HEREBY CONSENTED THAT Bradley Pierre, Defendant *Pro Se*, be substituted in the above entitled proceedings in place and stead of the Law Office of Cary Scott Goldinger P.C., 400 Garden City Plaza, Suite 420, Garden City, N.Y. 11530. All electronic or facsimile signatures shall be deemed as originals for the purpose of this stipulation.

Dated: September 29, 2025
Garden City, New York

_____
Bradley Pierre by Nonna Shikh, Esq. POA

_____
Law Office of Cary Scott Goldinger P.C.,
By: Cary Scott Goldinger, Esq.
400 Garden City Plaza, Suite 420
Garden City, NY 11530
(516) 227-3344
Email: csg@goldinger.com