Nonna Shikh, Esq.<br>
400 E Fordham Road<br>
Bronx, NY 10458

Via email csg@goldinger.com

September 29, 2025

Law Office of Cary Scott Goldinger P.C.
400 Garden City Plaza, Suite 420
Garden City, N.Y. 11530

    Re:    *American Transit Insurance Company v. Pierre, et al*
            Docket 24-cv-00360-RPK-CLP

Dear Cary:

As you are aware, I am the Agent/Attorney-in-Fact for Bradley Pierre pursuant to a Power of Attorney dated July 17th, 2024. I am writing to officially notify you that in said capacity I am hereby terminating your services in the matter of *American Transit Insurance Company v. Pierre, et al*. Docket 24-cv-00360-RPK-CLP effective immediately. The basis for the termination of the representation is that given his incarceration, Mr. Pierre is unable to properly assist in his defense and to communicate with you. Further, Mr. Pierre can no longer afford to pay your legal fees and expenses or to accrue any additional legal fees in this ongoing litigation.

I am hereby demanding that you immediately *cease and desist* any and all work on this file on Mr. Pierre's behalf. It is Mr. Pierre's intention is to take over his representation pro se.

Mr. Pierre has asked me to express his gratitude for your efforts on his behalf during your representation of him in this matter and the excellent job you have done.

Thank you.

                                                      Sincerely yours,

                                                      Nonna Shikh, Esq.

                                                      On behalf of Bradley Pierre with POA