

James W. Perkins
Tel 212.801.3188
perkinsj@gtlaw.com

October 10, 2025

**VIA ECF**

Hon. Cheryl L. Pollak
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *American Transit Insurance Company v. Bradley Pierre*,
               Case No. 1:24-cv-00360-RPK-CLP (E.D.N.Y.) – Status Report on
               Defendant in Default Bradley Pierre's Subpoena Compliance

Dear Magistrate Judge Pollak:

      We are counsel to American Transit Insurance Company ("American Transit"), the Plaintiff in the above-referenced action. We submit this status report pursuant to Your Honor's Memorandum and Order dated September 17, 2025 (ECF No. 195), directing defaulted Defendant Bradley Pierre ("Pierre") to produce by October 8, 2025, documents requested in American Transit's subpoena served on Pierre in August of 2024 (the "Subpoena").

      As of the filing of this report, American Transit has received no documents from Pierre produced in response to the Subpoena, or otherwise.[1]

                                          Respectfully submitted,

                                          James W. Perkins

cc:    All Counsel of Record (via ECF)
       Bradley Pierre, *pro se* (via U.S. Mail)

---

[1] Further to our status report dated September 11, 2025 (ECF No. 194), Pierre still has not complied with the payment obligation ordered by the Court in its Report and Recommendation, dated August 25, 2025 (ECF No. 187) and Supplemental Report and Recommendation, dated September 10, 2025 (ECF No. 193), and thus remains in default.