UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMERICAN TRANSIT INSURANCE COMPANY,

Plaintiff,

- against –

BRADLEY PIERRE, MARVIN MOY, M.D., RUTLAND MEDICAL P.C., WILLIAM A. WEINER, D.O., NEXRAY MEDICAL IMAGING, P.C. d/b/a SOUL RADIOLOGY MEDICAL IMAGING and JOHN DOES 1-15,

Defendants.

1:24-cv-00360-SJB-CLP

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for Plaintiff American Transit Insurance Company ("American Transit") and Defendants William A. Weiner, D.O. ("Weiner") and Nexray Medical Imaging, P.C. d/b/a Soul Radiology Medical Imaging ("Nexray"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), American Transit dismisses, with prejudice, all claims it has asserted in this action against Weiner and Nexray; and

IT IS FURTHER STIPULATED AND AGREED that American Transit, Weiner, and Nexray shall bear their own costs and expenses, including attorneys' fees.

[THIS SPACE IS INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| **GREENBERG TRAURIG LLP**<br><br>By: _____<br>James W. Perkins, Esq.<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Tel: (212) 801-3188<br>perkinsj@gtlaw.com<br><br>*Attorneys for Plaintiff American Transit Insurance Company* | **SCHWARTZ CONROY & HACK PC**<br><br>By: _____  Robert Hewitt, Esq.<br>Matthew J. Conroy, Esq.<br>666 Old Country Road, Suite 900<br>Garden City, New York 11530<br>Tel: (516) 745-1122<br>mjc@schlawpc.com<br><br>*Attorneys for Defendants William A. Weiner, D.O. and Nexray Medical Imaging, P.C. d/b/a Soul Radiology Medical Imaging* |